484 F.2d 960
 O. C. ALLEN, Petitioner-Appellee,
v.
L. S. NELSON, Warden, Respondent-Appellant.
 No. 73-1339.
 United States Court of Appeals,
Ninth Circuit.
 Oct. 9, 1973.
 
 Evelle J. Younger, Atty. Gen., Edward A. Hinz, Jr., Chief Asst. Atty. Gen., Doris H. Maier, Edward P. O'Brien, Asst. Attys. Gen., John T. Murphy, Deputy Atty. Gen., San Francisco, Cal., for respondent-appellant.
 William Mandel, David T. Alexander, Petty, Andrews, Tufts & Jackson, San Francisco, Cal., for petitioner-appellee.
 Before BROWNING, TRASK, and CHOY, Circuit Judges.
 PER CURIAM:
 
 
 1
 For the reasons stated in the district court's opinion (see 354 F.Supp. 505), the court's order is affirmed.